UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE APPLICATION OF WINCENT INVESTMENT FUND PCC LIMITED,<br><br>Applicant. | Case No. |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Applicant Wincent Investment Fund PCC Limited declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: March 17, 2025

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Boulevard #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Wincent Investment Fund PCC Limited*