UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE APPLICATION OF WINCENT
INVESTMENT FUND PCC LIMITED,

Applicant.

Case No. 25-mc-21246

**ORDER GRANTING WINCENT INVESTMENT FUND PCC LIMITED'S
*EX PARTE* APPLICATION TO OBTAIN DISCOVERY FOR USE
IN FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

THIS MATTER is before the Court on the application of Wincent Investment Fund PCC Limited ("Wincent") for an order pursuant 28 U.S.C. § 1782 to obtain discovery from BAM Trading Services, Inc. d/b/a Binance.US ("Binance") for use in a foreign proceeding. Having considered the application and good cause appearing, the Court hereby GRANTS the application and ORDERS that:

1.      Wincent may serve the subpoena attached to this Order on nonparty BAM Trading Services, Inc. d/b/a Binance.US.

2.      As indicated in the subpoena, Wincent may obtain the following information concerning XT.xom:

    a.   Account profiles or other documents sufficient to identify the full name, contact information, and IP addresses for the customer regarding XT.com;

    b.   Account applications or other documents used to create or make changes to each account associated with XT.com;

    c.   Account statements for each account associated with XT.com;

    d.  Payment records for each account associated with XT.com, including documents that identify the account or other source from which the payment was made;

    e.  Communications sent to or from the customer associated with XT.com, including account set-up correspondence and technical support tickets; and

    f.  Logs or other documents sufficient to identify each IP address that accessed the account associated with XT.com, including a date and time stamp for each instance of access.

3.    Wincent and Binance shall adhere to the following schedule when producing the information requested in the subpoena (the "Discovery"):

    a.  Wincent must immediately serve its subpoena and a copy of this order (collectively, the "Order") on Binance;

    b.  Within seven days of being served with the Order, Binance must serve a copy of the Order on its customer. Service may be accomplished by any reasonable means, including written notice sent by first-class mail to the customer's last known address or by email to the customer's last known email address;

    c.  Binance and its customers may contest Wincent's subpoena by filing an appropriate motion with this Court. Any such motion must be filed with this Court no later than 14 days after the customer is served with the Order. Binance may not produce the Discovery to Wincent before the expiration of this 14-day time period. In addition, if the customer files a motion contesting Wincent's subpoena, Binance must not produce the Discovery pertaining to that customer until after the motion is resolved by the Court. If the 14-day time period expires

without a motion being filed, Binance will have 7 days from the expiration of the 14-day period to produce the Discovery to Wincent.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 18th day of March, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record